1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Anthony Lerma
6

7

8
                     **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTHONY LERMA,                          ) No.  5:10-CV-03241-LHK
                                            )
12 |         Plaintiff,                     ) **REQUEST FOR DISMISSAL OF**
                                            ) **GURRIES ENTERPRISES ONLY;**
13 |    vs.                                 ) [PROPOSED] **ORDER**
                                            )
14 | ARTEAGA AND SONS, INC., et al.,        )
                                            )
15 |                                        )
            Defendants.                     )
16 |                                        )
                                            )
17 |_____)

18        WHEREAS, all named parties have appeared in this action;

19        WHEREAS, Gurries Enterprises and Plaintiff have settled the matter as to Defendant

20 Gurries Enterprises only;

21        WHEREAS, no counterclaim has been filed in this action;

22        Plaintiff hereby respectfully requests that Defendant Gurries Enterprises be dismissed

23 with prejudice from this action pursuant to Federal Rules of Civil Procedure 41(a)(2).

24  ///

25  ///

26  ///

27  ///

28  ///


*Lerma v. Arteaga and Sons, Inc., et al.*
Request for Dismissal
                                    Page 1

1 | Date: January 21, 2011                    MOORE LAW FIRM, P.C.

                                              /s/Tanya Moore
                                              Tanya Moore
                                              Attorney for Plaintiff

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>ONLY</u> Defendant Gurries Enterprises be dismissed with prejudice from this action.

Dated: January 31, 2011                    *Lucy H. Koh*
                                           LUCY H. KOH
                                           United States District Court Judge

*Lerma v. Arteaga and Sons, Inc., et al.*
Request for Dismissal
                                    Page 2