1  K. Randolph Moore, Esq., SBN 106933
   Tanya E. Moore, Esq., SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | ANTHONY LERMA,              ) No.  5:10-CV-03241-LHK
                                 )
12 |         Plaintiff,          ) **STIPULATION FOR ADMINISTRATIVE**
                                 ) **RELIEF AND REQUESTING CASE**
13 |     vs.                     ) **MANAGEMENT CONFERENCE;**
                                 ) **ORDER**
14 | ARTEAGA AND SONS, INC.,     )
                                 )
15 |         Defendant.          )
                                 ) Complaint Filed: July 23, 2010
16                               ) No Trial Date Set.
                                 )
17 |_____)

18        WHEREAS, this matter was referred to mediation on June 29, 2011;

19        WHEREAS, the mediator filed a Certification of ADR Session on September 15, 2011

20 stating that the ADR process was complete and that the matter had not settled;

21        WHEREAS, pursuant to General Order 56 and Local Rule 7-11, the parties request that

22 the Court set a Case Management Conference in this matter;

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*Lerma v. Arteaga & Sons, Inc.*
Stipulation for Administrative Relief and Requesting Case Management Conference

Page 1

NOW, THEREFORE, the parties hereby stipulate to the Court's setting of a date for a Case Management Conference.

Dated: September 26, 2011                              MOORE LAW FIRM, P.C.

                                                /s/Tanya E. Moore
                                                Tanya E. Moore
                                                Attorneys for Plaintiff Anthony Lerma

                                                LAW OFFICES OF STEPHEN HELLER

                                                /s/ Stephen F. Heller
                                                Stephen F. Heller, Attorney for
                                                Defendant Arteaga and Sons, Inc.

## **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference be set in this matter for December 21, 2011 at 2:00 pm before the Honorable Lucy H. Koh in courtroom 8, and that the parties file a joint case management statement no later than seven (7) calendar days prior to the conference.

**IT IS SO ORDERED.**

Dated:  September 26, 2011

                                                LUCY H. KOH
                                                United States District Court Judge