1  K. Randolph Moore, Esq., SBN 106933
   Tanya E. Moore, Esq., SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 271-6600
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Anthony Lerma

6

7

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,              ) | No.   5:10-CV-03241-LHK |
|                             ) | |
|           Plaintiff,        ) | **STIPULATION FOR ADMINISTRATIVE** |
|                             ) | **RELIEF AND REQUESTING CASE** |
|       vs.                   ) | **MANAGEMENT CONFERENCE;** |
|                             ) | **ORDER** |
| ARTEAGA AND SONS, INC.,     ) | |
|                             ) | |
|           Defendant.        ) | |
|                             ) | Complaint Filed: July 23, 2010 |
|                             ) | No Trial Date Set. |
|                             ) | |

18   WHEREAS, this matter was referred to mediation on June 29, 2011;

19   WHEREAS, the mediator filed a Certification of ADR Session on September 15, 2011

20   stating that the ADR process was complete and that the matter had not settled;

21   WHEREAS, pursuant to General Order 56 and Local Rule 7-11, the parties request that

22   the Court set a Case Management Conference in this matter;

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

*Lerma v. Arteaga & Sons, Inc.*
Stipulation for Administrative Relief and Requesting Case Management Conference

Page 1

NOW, THEREFORE, the parties hereby stipulate to the Court's setting of a date for a Case Management Conference.

Dated: September 26, 2011                                MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Anthony Lerma

LAW OFFICES OF STEPHEN HELLER

/s/ Stephen F. Heller
Stephen F. Heller, Attorney for
Defendant Arteaga and Sons, Inc.

## **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference be set in this matter for December 21, 2011 at 2:00 pm before the Honorable Lucy H. Koh in courtroom 8, and that the parties file a joint case management statement no later than seven (7) calendar days prior to the conference.

**IT IS SO ORDERED.**

Dated:  September 26, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Court Judge

*Lerma v. Arteaga & Sons, Inc.*
Stipulation for Administrative Relief and Requesting Case Management Conference

Page 2