**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, ) | Case No.: 10-CV-03241-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION FOR |
| ) | LEAVE TO FILE FIRST AMENDED |
| ARTEAGA AND SONS, INC., ) | COMPLAINT |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Plaintiff's Motion for Leave to File a First Amended Complaint, ECF No. 23, which Defendant does not oppose, see ECF No. 26. The Court finds this matter appropriate for determination without oral argument and thus vacates the hearing set for June 7, 2012. *See* Civil L.R. 7-1(b). Good cause being shown, Plaintiff's motion for leave to amend is GRANTED. The proposed First Amended Complaint submitted as Exhibit A to Plaintiff's motion shall be filed within five (5) days of the date of this Order. Defendant's responsive pleading shall be filed within fourteen (14) days of the filing of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: March 22, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge