UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, | ) Case No.: 10-CV-03241-LHK |
| Plaintiff, | ) |
| v. | ) ORDER REFERRING CASE TO |
| | ) MAGISTRATE JUDGE GREWAL |
| ARTEAGA AND SONS, INC., | ) |
| Defendant. | ) |

All parties in the above-captioned case have consented to proceed before a United States Magistrate Judge for all purposes. *See* ECF Nos. 25, 27. Accordingly, pursuant to 28 U.S.C. § 636(c), the Court hereby refers the above-captioned case to Magistrate Judge Paul S. Grewal for any and all further proceedings.

**IT IS SO ORDERED.**

Dated: March 22, 2012

_____
LUCY H. KOH
United States District Judge