**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, | )  Case No.: 10-CV-03241-LHK |
| Plaintiff, | ) |
| v. | )  ORDER REFERRING CASE TO |
| | )  MAGISTRATE JUDGE GREWAL |
| ARTEAGA AND SONS, INC., | ) |
| Defendant. | ) |
| | ) |

All parties in the above-captioned case have consented to proceed before a United States Magistrate Judge for all purposes. *See* ECF Nos. 25, 27. Accordingly, pursuant to 28 U.S.C. § 636(c), the Court hereby refers the above-captioned case to Magistrate Judge Paul S. Grewal for any and all further proceedings.

**IT IS SO ORDERED.**

Dated: March 22, 2012                                          *Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-cv-03241-LHK
ORDER REFERRING CASE TO MAGISTRATE JUDGE GREWAL